IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel. BUCKY
STONE; STATE OF NEW MEXICO ex
rel. DUSTY STONE; BUCKY STONE,
individually; and DUSTY STONE,
individually and d/b/a STONE RANCH,

      Plaintiffs,

v.                                                Case No. 1:22-cv-00805-MV-JHR

THE BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF QUAY; LARRY MOORE,
in his official capacity as Quay County Road
Superintendent; EVELYN WALLIN and
LARRY WALLIN,

      Defendants.

## NOTICE OF SUGGESTION OF DEATH OF LARRY WALLIN

COMES NOW, Defendant Evelyn Wallin, by and through her counsel of record, Civerolo Gralow & Hill, P.A. (Megan Day Hill) and notifies this Court, the attorneys and interested nonparties that Defendant Larry Wallin died on or about July 6, 2024. This Notice of Suggestion of Death, along with the concurrently filed Motion for Substitution, was served on Mr. Wallin's surviving spouse, Shelley Wallin, the successor and representative of the deceased party's estate, as is required by Fed. R. Civ. P. 4. *See* Fed. R. Civ. P. 25(a)(3) (a motion for substitution "must be served on the parties as provided in Rule 5 and nonparties as provided in Rule 4. A statement noting death must be served in the same manner").

Respectfully submitted,

CIVEROLO, GRALOW & HILL, P.A.

By: /s/ Megan D. Hill

Megan Day Hill
*Attorney for Defendant*
*Evelyn Wallin*
P.O. Box 93940
Albuquerque, NM  87199
hillm@civerolo.com
Phone: (505) 842-8255

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true copy of the foregoing was filed electronically through the U.S. District Court for the District of New Mexico's CM/ECF filing system on January 31, 2025, which caused the following attorneys to be electronically served as follows:

Jesse D. Heibel
Christina S. West
*Attorneys for Plaintiffs*
Barnhouse Keegan Solimon & West LLP
7424 4th St NW
Los Ranchos de Albuquerque, NM 87107
jheibel@indiancountrylaw.com
cwest@indiancountrylaw.com
Phone: (505) 842-6123

Shelley Wallin
401 N 2nd St
Logan, NM, 88426
Phone: 575-708-9390

Jonlyn Martinez
*Attorney for Defendant*
*The Board of County Commissioners*
*for the County of Quay*
*and Larry Moore*
Law Office of Jonlyn M Martinez LLC
PO Box 1805
Albuquerque, NM 87103-1805
jonlyn@jmartinezlaw.net
Phone: (505) 247-9488

Greg Steinman
Wan Er Chen
*Attorneys for Defendant*
*Larry Wallin*
Madison, Mroz, Steinman, Kenny & Olexy,
Albuquerque Plaza, Suite 1600
201 Third Street, N.W.
Albuquerque, NM 87102
gds@madisonlaw.com
wc@madisonlaw.com
Phone: (505) 242-2177

By _____
  Megan Day Hill

2